IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

THE PRUDENTIAL INSURANCE COMPANY    *
OF AMERICA ,

                           *

               Plaintiff,             Case No.  5:23-cv-00031-MTT
v.                                *

  KATHERINE JONES MILLER, et al.,      *

             Defendants.         *

_____

## J U D G M E N T

      Pursuant to this Court's Order dated April 26, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

     This 29th day of April, 2024.

                           David W. Bunt, Clerk


                           s/ Shabana Tariq, Deputy Clerk